UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Norman James Thode,

     Plaintiff,

v.                                      Case No.  15-10988

Commissioner of Social Security,          Honorable Sean F. Cox

     Defendant.
_____/

## ORDER ADOPTING
## 11/24/15 REPORT AND RECOMMENDATION

Plaintiff filed this action under 42 U.S.C. § 405(g), challenging a final decision of the Commissioner of Social Security denying his application for Disability Insurance Benefits under the Social Security Act.  The matter was referred to Magistrate Judge David Grand for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).   Thereafter, the parties filed motions for summary judgment.

On November 24, 2015, Magistrate Judge Grand issued a Report and Recommendation ("R&R") (Docket Entry No. 11) wherein he recommends that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the November 24, 2015 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: December 14, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2